UNITED STATES
EASTERN DISTRICT OF VIRGINIA          06 - 62 - M - 01

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

Edwin Marquez           CASE NUMBER : 03-555-M

**FILED**

FEB 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Edwin Marquez</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Pretrial Release Violation Petition

charging him or her with (brief description of offense):

- See Attached Petition

In Violation of Title <u>18</u> United States Code, Section(s) <u>3148</u>

<u>Jenny Cupp</u>
Name of Issuing Officer

*[signature: Jenny Cupp]*
Signature of Issuing Officer

Bail fixed at $

<u>Deputy Clerk</u>
Title of Issuing Officer

September 4, 2003
<u>401 Courthouse Square Alexandria, VA 22314</u>
Date and Location

by: <u>The Honorable T. Rawles Jones, Jr.</u>
United States Magistrate Judge

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/16/06 | DUSM Brety Burke | *[signature]* |