PS R
(E/RA)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia



FILED
SEP - 3 2003
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Edwin Marquez
H/M; DO
Address:
Alexandria, Virginia
Charge: Possession of Marijuana

Docket No. 03-555-M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lisa Melchert, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Edwin Marquez, who was placed under pretrial release supervision by the Honorable T. Rawles Jones, Jr. sitting in the Court at Alexandria, on June 3, 2003, under the following conditions:

1) Pretrial Services supervision; and
2) Undergo substance abuse testing and treatment as directed by Pretrial Services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant failed to report to the Pretrial Services Office as directed and failed to participate in a substance abuse assessment on August 14, 2003

### PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT
*ISSUE WARRANT.*
Considered and ordered this ___3rd___ day of ___September___, 2003 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

Respectfully,

_____
U.S. Pretrial Services Officer

Place: Alexandria
Date: September 3, 2003