**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 2/21/06

Nancy Mayer-Whittington
Clerk of the Court

RECEIVED MAILROOM
MAR -3 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Address of Other Court: U.S.D.C.
P.O. Box 19247
Alexandria, VA. 22320-0247

FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 06mg62 Edwin Marquez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

✓ Docket Sheet                           ☐ Warrant of Removal
✓ ~~Complaint~~ Warrant/Pet. for Action on   ☐ Order of Removal
   Conditions of Pretrial Release
☐ Minute Order Appointing Counsel       ✓ Detention Order
☐ Corporate Surety Bond                 ✓ Waiver of Removal
☐ Personal Surety Bond
✓ Other - Blotter dated 2/16/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk